UNITED STATES of America,

v.

**Jose DELVALLE Appellant.**

**No. 03–4431.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) July 1, 2004.

Decided July 9, 2004.

Jennifer A. Bromley, Office of United States Attorney, Philadelphia, PA, for Appellee.

Barnaby C. Wittels, LaCheen, Dixon, Wittles & Greenberg, Philadelphia, PA, for Appellant.

Before AMBRO, ALDISERT and STAPLETON, Circuit Judges.

*OPINION OF THE COURT*

STAPLETON, Circuit Judge.

Appellant Jose DelValle pled guilty to distribution of crack cocaine. He was sentenced to twenty months of incarceration. On appeal, he argues only that the District Court "erred in not granting a downward departure on the grounds that this case departed from the 'heartland' of the sentencing guidelines." Appellant's Br/ at 8.

As appellant acknowledges, the District Court recognized that it had the authority

to depart. It necessarily follows that we lack jurisdiction to review its decision not to depart. *United States v. Vitale,* 159 F.3d 810 (3d Cir.1998); *United States v. Denardi,* 892 F.2d 269 (3d Cir.1989).

The appeal will be dismissed for lack of jurisdiction.